**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-7757**

_____

DONNELL M. DYER-EL,

                Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA; MARK J. BOLSTER, Acting Warden; FEDERAL CORRECTIONAL COMPLEX, Medium, Petersburg, VA,

                Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:19-cv-00365-JAG-RCY)

_____

Submitted:  May 20, 2021                          Decided:  May 24, 2021

_____

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Donnell M. Dyer-El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell M. Dyer-El, a District of Columbia Code offender incarcerated at FCI Petersburg, seeks to appeal the district court's order denying his motion for reconsideration of the court's order denying relief on Dyer-El's 28 U.S.C. § 2241 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability.[*] 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Dyer-El has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are

---

[*] Because Dyer-El was convicted in a District of Columbia court, he is required to obtain a certificate of appealability in order to appeal the denial of his motion for reconsideration of the court's order denying the § 2241 petition. *See Madley v. U.S. Parole Comm'n*, 278 F.3d 1306, 1310 (D.C. Cir. 2002).

adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*